AO 91 (Rev. 08/09)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

DEC 0 9 2017

### for the
### Southern District of Texas

Clerk of Court

| | |
|---|---|
| United States of America | ) |
| Aris Lizbeth VITE-Garcia | ) |
| YOB:  1999  Citizenship: Mexican | ) |
| | ) |
| *12/11/17 lc | ) |
| _____ | ) |
| *Defendant(s)* | |

Case No.  M-17-2242-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 8, 2016<br>2017* in the county of  Hidalgo  in the

Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C.  § 841 | Possession with Intent to DistributeMethamphetamine |
| 21 U.S.C.  § 952 | Illegal Importation Methamphetamine |

This criminal complaint is based on these facts:

On December 8, 2017, Aris Lizbeth VITE-Garcia was detained attempting to enter the United States through the Hidalgo,Texas Port of Entry with approximately 15.1 kilograms of methamphetamine concealed on the floorboard of the vehicle she was driving.

### SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

/S/ _____
*Complainant's signature*

Alberto Rosa , HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/9/2016

_____
*Judge's signature*

City and state:   McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

**Attachment "A"**

On December 8, 2017, a 2014 Nissan March driven by Aris Lizbeth VITE-Garcia attempted to make entry into the United States (US) at the Hidalgo, Texas Port of Entry (POE) thru the primary inspection station.  VITE-Garcia's vehicle was selected for post primary inspection by Customs and Border Protection Officer (CBPO) J. GARZA.  In secondary inspection, CBPO A. Barreta  requested the assistance of CBPO C. Ramirez and Narcotics Detection Dog (NDD)"REX " and NDD "REX" alerted to the floor area of the vehicle.  The vehicle was referred for a more intensive inspection with a gamma ray machine where anomalies were discovered in the floor area. Further physical inspection of the vehicle revealed a total of 14 packages concealed in the floor area in the driver and passenger side of the Nissan March.  The fourteen (14) packages field tested positive for properties of methamphetamine.  The total weight of the methamphetamine found was approximately 15.1 kilograms.

Homeland Security Investigations (HSI) Special Agents, were advised of the situation and responded to the Hidalgo, Texas (POE) to interview VITE-Garcia.  HSI's SA's read VITE-Garcia her Miranda.  VITE-Garcia waived her rights in writing and elected to speak to the agents.  She stated an individual she met approximately seven (7) months ago was going to pay her to transport illegal narcotics from Reynosa, Mexico to McAllen, Texas.  VITE-Garcia stated she knew she was attempting to import illegal narcotics into the United States and was supposed to be paid $1000 for her work after the delivery of the narcotics.